JARROD L. RICKARD, ESQ. (NV SBN 10203)
E-mail: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

MATTHEW A. CHIVVIS, ESQ. (*pro hac vice pending)*
E-mail: mchivvis@mofo.com
PARISA JORJANI, ESQ. (*pro hac vice pending*)
E-mail: pjorjani@mofo.com
JAMES R. HANCOCK, ESQ. (*pro hac vice pending*)
E-mail: jhancock@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Respondents Evolve BioSystems, Inc.,*
*The Regents of the University of California, and*
*Morrison & Foerster LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEDOLAC LABORATORIES, a public benefit corporation,<br><br>Petitioner,<br><br>v.<br><br>EVOLVE BIOSYSTEMS, INC.; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation; and MORRISON  & FOERSTER LLP, a limited liability partnership,<br><br>Respondents. | Case No.:  2:21-cv-00224-APG-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE**<br><br>**(First Request)** |

The parties,  by  and  through  their  undersigned  counsel,  have  stipulated  and  agreed,  and

hereby jointly move as follows:

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

2

3
WHEREAS, on February 10, 2021, Petitioner Medolac Laboratories filed a Motion to Quash or, in the Alternative, Modify a Subpoena Duces Tecum Pursuant to Federal Rule of Civil Procedure 45 (ECF No. 1);

4
WHEREAS Respondents' opposition to the motion would be due on February 24, 2021;

5

6

7

8
WHEREAS lead counsel for Respondents is out of state, in the process of filing pro hac vice applications, and intend on filing a cross-motion to compel compliance with the subpoena along with their opposition to the motion to quash, and therefore require additional time in order to do so;

9

10
WHEREAS the parties have agreed to set a briefing schedule for these motions and related filings;

11

12

13

14

15
NOW THEREFORE, IT IS HEREBY STIPULATED that Respondents shall file their combined opposition to Petitioner's motion and their cross-motion to compel on March 3, 2021; Petitioner will file its combined reply to the motion to quash and its opposition to the cross-motion to compel on March 24, 2021; and Respondents will file their reply to the cross-motion to compel on April 7, 2021.

16
Dated: February 23, 2021

17

18

19
/s/ Jarrod L. Rickard
Jarrod L. Rickard, Esq. (NV SBN 10203)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

20

21

22

23
Matthew A. Chivvis, Esq.(*pro hac vice pending*)
Parisa Jorjani, Esq. (*pro hac vice pending)*
James R. Hancock, Esq. (*pro hac vice pending*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

24

25

26
*Attorneys for Respondents Evolve BioSystems, Inc., The Regents of the University of California, and Morrison & Foerster LLP*

27
///

28
///

2

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 23, 2021

/s/ Elias P. George
Eric D. Hone, Esq. (NV Bar No. 8499)
Jamie L. Zimmerman, Esq. (NV Bar No. 11749)
Elias P. George, Esq. (NV Bar No. 12379)
H1 LAW GROUP
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Petitioner Medolac Laboratories*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2021