# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEDOLAC LABORATORIES,<br><br>  Petitioner<br><br>v.<br><br>EVOLVE BIOSYSTEMS, INC.,<br><br>  Respondent | Case No.: 2:21-cv-00224-APG-DJA<br><br>**Order Administratively Closing Case** |

In light of the notice of bankruptcy (ECF No. 14),

I ORDER the clerk of court to administratively close this case. Any party may move to reopen the case if circumstances change related to the bankruptcy proceeding.

DATED this 29th day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE